IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| BUDGET RENT A CAR SYSTEM, INC., <br><br>  Plaintiff, <br><br> v. <br><br> THONGPHOUN CHANTHANOUN, <br><br>  Defendant. | Case No. 5:22-cv-05097-PKH |

**COMPLAINT FOR DECLARATORY JUDGMENT**

COMES NOW the Plaintiff, Budget Rent A Car System, Inc., by its attorneys, Lewis Brisbois Bisgaard & Smith LLP, and for its Complaint for Declaratory Judgment, states as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff Budget Rent A Car System, Inc. (hereinafter "Budget") is a Delaware corporation which maintains its principal place of business in Parsippany, New Jersey.

2. Defendant Thongphoun Chanthanoun (hereinafter "Chanthanoun") is an individual and citizen of the state of California.

3. Jurisdiction is proper pursuant to 28 U.S.C. § 2201, et seq., which provides for declaratory judgment actions. Jurisdiction is also proper pursuant to 28 U.S.C. § 1332 because the Plaintiff and Defendant are residents of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to the claim occurred in this judicial district.

## FACTS

5. Chanthanoun rented a 2019 Kia Soul from Plaintiff Budget's Atlanta, Georgia franchisee, A Betterway Rent-a-Car, Inc. ("Betterway") on June 27, 2019.

Chanthanoun executed a Rental Agreement with Betterway [Exhibit A] which included standard Budget Rental Terms and Conditions [Exhibit B].

By his initials on Betterway's Rental Agreement, Chanthanoun acknowledged his receipt of the Terms and Conditions. Exhibit A.

6. On or about June 28, 2019, while driving the 2019 Kia Soul he had rented from Betterway, Chanthanoun was involved in a motor vehicle accident (the "Accident") in rural Franklin County, Arkansas.

7. According to the Arkansas State Police report of the Accident, Chanthanoun failed to negotiate a curve on eastbound Interstate 40, crossed the grass median, entered the westbound lanes of Interstate 40, and collided head-on with a vehicle driven by Taylor McKenzie Pennington.

8. The Accident rendered Chanthanoun and his passenger unconscious and is alleged to have caused personal injuries to Taylor McKenzie Pennington.

9. At the time of the accident, the Arkansas State Police investigating officer, Trooper Ben Ibarra, obtained a blood draw from the person of Chanthanoun pursuant to a warrant.

10. The Arkansas State Crime Laboratory analyzed the blood sample obtained from Chanthanoun pursuant to the warrant and confirmed that Amphetamine and Methamphetamine were present in his blood at the time of the accident.

11. The Arkansas State Police issued a warrant for the arrest of Chanthanoun.

12. Taylor McKenzie Pennington filed a lawsuit numbered 72CV-21-12 and styled, "Taylor McKenzie Pennington v. Avis Budget Car Rental, LLC and Thongphoun Chanthanoun" (the "Underlying Lawsuit") in the Circuit Court of Washington County, Arkansas on January 5, 2021. She filed an Amended Complaint naming Betterway as an additional defendant on November 12, 2021.

13. Avis Budget Car Rental, LLC is an affiliated entity and parent company to Budget Rent A Car System, Inc.

14. Betterway removed the action to the United States District Court for the Western District of Arkansas on December 17, 2021, where it is now proceeding under the jurisdiction of Magistrate Judge Christy Comstock under the case number 5:21-cv-05227-TLB-CDC.

15. Chanthanoun has not tendered defense in the Underlying Lawsuit to Budget.

16. The complaint in the Underlying Lawsuit alleges that Chanthanoun is liable for the injuries to Taylor McKenzie Pennington under a theory of negligence, and that Betterway and Avis Budget Car Rental, LLC are liable for these same injuries under theories of negligent entrustment and negligence.

**Budget Rental Agreement Terms and Conditions**

17. The Terms and Conditions of the Rental Agreement in effect when the Accident occurred provided coverage as follows:

   1. These terms and conditions, the rental document signed by you, and a return record with computed rental charges together constitute the rental agreement between yourself and Budget Rent A Car System, LLC, or the independent Budget System Licensee identified on the rental document ("Budget").

   [. . .]

   14. **Prohibited Use of the Car.** Certain uses of the car and other things you or a driver may do, or fail to do, will violate this agreement. **A VIOLATION OF THIS PARAGRAPH, WILL AUTOMATICALLY TERMINATE**

>**YOUR RENTAL and IS AN EXCLUSION TO AND VOIDS ALL LIABILITY PROTECTION AND ANY OPTIONAL PRODUCTS SERVICES THAT YOU HAVE ACCEPTED, INCLUDING BUT NOT LIMITED TO ADDITIONAL LIABILITY INSURANCE, PERSONAL ACCIDENT INSURANCE, PERSONAL EFFECTS PROTECTION, EXTENDED ROADSIDE ASSISTANCE AND LOSS DAMAGE WAIVER OR PARTIAL DAMAGE WAIVER. IT ALSO MAKES YOU LIABLE TO US FOR ALL THE PENALTIES, FINES, FORFEITURES, LIENS AND RECOVERY AND STORAGE COSTS, INCLUDING ALL RELATED LEGAL EXPENSES, FEES AND COSTS THAT WE MAY INCUR**. It is a violation of this paragraph if:
>
>>A.   You use or permit the car to be used: [. . .]
>>
>>5) while the driver is under the influence of alcohol or a controlled substance; 6) for conduct that could properly be charged as a felony or misdemeanor, including the transportation of a controlled substance or contraband; 7) recklessly or while overloaded; [. . .]
>
>**21.   Liability Protection.** Anyone driving the car who is permitted to drive it by this agreement will be protected against liability for causing bodily injury or death to others or damaging the property of someone other than the authorized driver and/or the renter up to the minimum financial responsibility limits required by the law of the jurisdiction in which the accident occurs. [. . .] You agree that we can provide coverage under a certificate of self-insurance or an insurance policy, as we choose. [. . .] You understand that unless required by applicable law, we will not provide [. . .] (c) defense against any claim, unless we are required to provide primary protection, but in such event not after the applicable limits of protection that we furnish are tendered; [. . .]
>
>**23.   Indemnification and Waiver.** You shall defend, indemnify, and hold us, our parent and affiliated companies harmless from all losses, liabilities, damages, injuries, claims, demands, awards, costs, attorney fees, and other expenses incurred by us in any manner from this rental transaction or from the use of the car by you or any person, including claims of, or liabilities to, third parties. You may present a claim to your insurance carrier for such events or losses, but in any event, you shall have final responsibility to us for all such losses. [. . .]

(Exhibit B, Budget Rental Terms and Conditions)

18.   Under the terms of the Agreement, Chanthanoun was prohibited from operating the vehicle while under the influence of alcohol or a controlled substance.

4887-1546-7041.1                                                       4

19.     Pursuant to AR Code §5-64-419, Methamphetamine is a Schedule II controlled substance under the laws of the State of Arkansas.

20.     Chanthanoun has been charged with the following crimes by the State of Arkansas as a result of the accident:

   a. Criminal Mischief 1st Degree >$25,000 (AR Code §5-38-203);
   b. Battery 2nd Degree (AR Code §5-13-202);
   c. Aggravated Assault (AR Code §5-13-204);
   d. Assault 1st Degree (AR Code §5-13-205);
   e. Driving While Intoxicated (AR Code §5-65-103);
   f. Possession of Controlled Substance Schedule II <2g (Methamphetamine) (AR Code §5-64-419);
   g. Reckless Driving with Injury (AR Code §27-50-308);
   h. Open Container of Alcohol in the Vehicle (AR Code §5-71-218);
   i. Drinking on the Highway (AR Code §5-71-212).

21.     Pursuant to the Terms and Conditions, Chanthanoun violated the Agreement by operating the vehicle while he was under the influence of Methamphetamine.

22.     Because of Chanthanoun's violation of the Agreement, his liability coverage is voided, and Budget owes no defense or indemnification duties toward Chanthanoun.

**Declaratory Relief Sought**

23.     This suit is brought under 28 U.S.C. § 2201 and Fed. R. Civ. P. 57 in that Budget seeks a declaration of the rights and other legal relations of the parties under the Terms and Conditions.  A conflict has arisen between Budget and Chanthanoun as to coverage for the June 28, 2019 Accident involving Chanthanoun and Taylor McKenzie Pennington.

24.     Budget seeks a declaratory judgment of no coverage for the June 28, 2019 accident involving Chanthanoun and Taylor McKenzie Pennington.  Budget seeks declaratory judgment that coverage is unavailable because Chanthanoun violated the Terms and Conditions by operating the vehicle while under the influence of Methamphetamine.

25. Budget seeks a declaratory judgment that it does not have a duty to defend or indemnify Chanthanoun from the claims made against it for losses stemming from the June 28, 2019 Accident involving Chanthanoun and Taylor McKenzie Pennington.

WHEREFORE, Budget Rent A Car System, Inc. respectfully requests a Declaratory Judgment in its favor on all grounds set forth herein, that no coverage exists under the Terms and Conditions for any of the claims made against Avis Budget Car Rental, LLC for losses stemming from the June 28, 2019 Accident involving Thongphoun Chanthanoun and Taylor McKenzie Pennington, that Budget Rent A Car System, Inc. has neither a duty to defend nor indemnify Thongphoun Chanthanoun in the lawsuit filed by Taylor McKenzie Pennington, and awarding Budget Rent A Car System, Inc. such other and further relief to which it may prove itself entitled under equity or law.

/s/Alan L. Rupe
Alan L. Rupe, AR #2008115
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile:  (316) 462-5746
alan.rupe@lewisbrisbois.com

*Attorney for Plaintiff Budget Rent A Car System, Inc.*